# EXHIBIT 5

ETERNAL Auto Handle Product

